## STATE OF CONNECTICUT *v.* CARLOS A. GUZMAN

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 263 (AC 27609), is denied.

*Timothy H. Everett,* special public defender, in support of the petition.

*Robin S. Schwartz*, assistant state's attorney, in opposition.

Decided February 19, 2009

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 538 (AC 28652), is denied.

Decided February 19, 2009